Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-988

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Mariachi Del Amor

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 27, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** David Benito Perea Jr.
  **Pseudonym:** Daveed Benito,Photos By Daveed
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** David Benito Perea Jr.
1663 E Cielo Grande Ave, Phoenix, AZ, 85024, United States

## Rights and Permissions

**Name:** David Benito Perea Jr.
**Email:** daveedbenito@gmail.com
**Address:** 1663 E Cielo Grande Ave
Phoenix, AZ 85024 United States

## Certification

**Name:** David Denholm
**Date:** April 09, 2025

**Applicant's Tracking Number:** DP2025040907



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-027

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** All American Girl

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 15, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** David Benito Perea Jr.
  **Pseudonym:** Daveed Benito,Photos By Daveed
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** David Benito Perea Jr.
1663 E Cielo Grande Ave, Phoenix, AZ, 85024, United States

## Rights and Permissions

**Name:** David Benito Perea Jr.
**Email:** daveedbenito@gmail.com
**Address:** 1663 E Cielo Grande Ave
Phoenix, AZ 85024 United States

## Certification

**Name:** David Denholm
**Date:** April 09, 2025

**Applicant's Tracking Number:** DP2025040901



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-070

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** Ganja Girl

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 11, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** David Benito Perea Jr.
  **Pseudonym:** Daveed Benito,Photos By Daveed
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** David Benito Perea Jr.
1663 E Cielo Grande Ave, Phoenix, AZ, 85024, United States

## Rights and Permissions

**Name:** David Benito Perea Jr.
**Email:** daveedbenito@gmail.com
**Address:** 1663 E Cielo Grande Ave
Phoenix, AZ 85024 United States

## Certification

**Name:** David Denholm
**Date:** April 09, 2025

**Applicant's Tracking Number**:    DP2025040904



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-990**

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Red Lips- 100

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 08, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** David Benito Perea Jr.
  **Pseudonym:** Daveed Benito,Photos By Daveed
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** David Benito Perea Jr.
1663 E Cielo Grande Ave, Phoenix, AZ, 85024, United States

## Rights and Permissions

**Name:** David Benito Perea Jr.
**Email:** daveedbenito@gmail.com
**Address:** 1663 E Cielo Grande Ave
Phoenix, AZ 85024 United States

## Certification

**Name:** David Denholm
**Date:** April 09, 2025

**Applicant's Tracking Number:** DP2025040909



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-001

**Effective Date of Registration:**
April 09, 2025

**Registration Decision Date:**
July 17, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Bang Bang |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 18, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | David Benito Perea Jr. |
| **Pseudonym:** | Daveed Benito,Photos By Daveed |
| **Author Created:** | photograph |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | David Benito Perea Jr. |
| | 1663 E Cielo Grande Ave, Phoenix, AZ, 85024, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | David Benito Perea Jr. |
| **Email:** | daveedbenito@gmail.com |
| **Address:** | 1663 E Cielo Grande Ave |
| | Phoenix, AZ 85024 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 09, 2025 |

**Applicant's Tracking Number:**   DP2025040902



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-989

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 17, 2025

## Title
_____

**Title of Work:**   Pink Rider

## Completion/Publication
_____

**Year of Completion:**   2017
**Date of 1st Publication:**   December 15, 2017
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   David Benito Perea Jr.
  **Pseudonym:**   Daveed Benito,Photos By Daveed
  **Author Created:**   photograph
  **Citizen of:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   David Benito Perea Jr.
1663 E Cielo Grande Ave, Phoenix, AZ, 85024, United States

## Rights and Permissions
_____

**Name:**   David Benito Perea Jr.
**Email:**   daveedbenito@gmail.com
**Address:**   1663 E Cielo Grande Ave
Phoenix, AZ 85024 United States

## Certification
_____

**Name:**   David Denholm
**Date:**   April 09, 2025

Page 1 of 2

**Applicant's Tracking Number:** DP2025040908



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-028

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 17, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Dirty Money |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 12, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | David Benito Perea Jr. |
| **Pseudonym:** | Daveed Benito,Photos By Daveed |
| **Author Created:** | photograph |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | David Benito Perea Jr.<br>1663 E Cielo Grande Ave, Phoenix, AZ, 85024, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | David Benito Perea Jr. |
| **Email:** | daveedbenito@gmail.com |
| **Address:** | 1663 E Cielo Grande Ave<br>Phoenix, AZ 85024 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 09, 2025 |

**Applicant's Tracking Number:**   DP2025040903

