**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID BENITO PEREA JR.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-15217

Judge Sara L. Ellis

Magistrate Judge Laura K. McNally

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint.

| No. | Defendants |
|---|---|
| 1 | yazhixunmaoyi |
| 2 | HANGZHOUQINIUJIANZHUGONGCHENGYOUXIANGONGSI |
| 3 | oulunxiposter |
| 4 | xianyououluoxingmaoyiyouxiangongsi |
| 5 | Suion Decor |
| 6 | DingYuTing |
| 7 | GuangZhouYiWuShangMao |
| 8 | HIỆP KAKAROT |
| 9 | FLYSTORE-US |
| 10 | HÙNG MASTER |
| 11 | 金华市淑徵服饰有限公司 |
| 12 | deyangzhiguangshanxi |
| 13 | MOXLSHOP-US |
| 14 | ZeroElec |
| 15 | henanhongyangzhuangshisheji |
| 16 | zhaoyy |
| 17 | ChangShaPanFeiMaoYiYouXianGongSi |
| 18 | wanjishipinzhengzhouyouxian |
| 19 | 雪影依商贸 |
| 20 | ywyxgs |
| 21 | 衡阳茜勿商贸有限公司 |

| | |
|---|---|
| 22 | 美眉饰科 |
| 23 | CHEN YIBIN |
| 24 | xianningyihaoquanwuzhinengjiajuyouxiangongsi |
| 25 | zhu1234 |
| 26 | Huangkeyan |
| 27 | tongxiaoping |
| 28 | 张富凯 |
| 29 | yifengbochengmaoyiyouxiangongsi |
| 30 | Missing Tomorrow |
| 31 | ZhengZhouLingKaiJianZhuZhuangShiGongChengYouXianGongSi |
| 32 | pengYHUIHUA |
| 33 | you han Trade poster |
| 34 | chen hui Art Wall Decoration |
| 35 | Mingmingjiu art |
| 36 | LIWENYI1 |
| 37 | guoyuqing |
| 38 | FWTIYLNI |
| 39 | KJXMLBFF |
| 40 | Liu Aiquan popular poster |
| 41 | Leyu Poster |
| 42 | Baektam Book ART |
| 43 | XSinjsxhkjll |
| 44 | ZEKVK |
| 45 | HANG ZHOU ART |
| 46 | NanArtCrafts |
| 47 | Firstclass poster |
| 48 | Alice poster |
| 49 | Tete Decor |
| 50 | TamlY |
| 51 | The little sister who sells cr |
| 52 | OY Art Canvas Painting |
| 53 | Signboards of metal |
| 54 | DeihQ |
| 55 | LWWWF Art Canvas Poster |
| 56 | LJposter |

This terminates the action.

DATED: February 5, 2026                                  Respectfully submitted,

                                                                                  */s/ Keith A. Vogt*
                                                                                  Keith A. Vogt
                                                                                  FL Bar No. 1036084 / IL Bar No. 6207971
                                                                                  Keith A. Vogt PLLC
                                                                                  1820 NE 163rd Street, Suite #306
                                                                                  North Miami Beach, Florida 33162
                                                                                  Telephone: 312-971-6752
                                                                                  E-mail:  keith@vogtip.com

                                                                                  ***ATTORNEY FOR PLAINTIFF***

3